UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ERICA MENDOZA, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

KIDZ KORNER OF NEW ROCHELLE INC. (D/B/A KIDZ KORNER), KIDZ KORNER OF SCARSDALE INC. (D/B/A KIDZ KORNER, IVY RENTZ and JOY FARMER,

                *Defendants.*

-----------------------------------------------------------------X

Case No.: 20-cv-5761

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys, Michael Faillace & Associates, P.C., hereby gives notice that in the above-captioned action Defendant Joy Farmer is voluntarily dismissed without prejudice.

Dated: New York, New York
      August 3, 2020

MICHAEL FAILLACE & ASSOCIATES, P.C.

            /s/Clela Errington
By:   Clela Errington
      60 East 42nd Street, Suite 4510
      New York, New York 10165
      (212) 317-1200
      *Attorneys for Plaintiff*

So Ordered.

The Clerk of Court is respectfully directed to dismiss Defendant Joy Farmer from this action.

Dated: August 6, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**