UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA MENDOZA,
Plaintiff,

-against-

KIDZ KORNER OF NEW ROCHELLE INC., et al.,

Defendants.

20 Civ. 5761 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated August 3, 2020, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference scheduled for September 24, 2020, at 10:50 a.m., or by September 17, 2020, (Dkt. No. 13);

WHEREAS, on August 25, 2020, Plaintiff filed affidavits of service (Dkt. Nos. 17, 18) showing that Defendants were served on August 20, 2020 and were required to respond to the Complaint by September 10, 2020;

WHEREAS, Defendants have not appeared in this case, and the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **September 21, 2020, at noon,** and shall explain why they have not complied with the Court's deadlines. If Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendants, no later than **September 21, 2020, at noon**, Plaintiff shall file a letter (1) requesting adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to file default judgment papers as provided in the Court's Individual Rules, Appendix A. It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendants and shall file affidavits of service no later than **September 24, 2020**.

Dated: September 18, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE