# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 2020<br>New York, New York 10165<br>_____ | Telephone: (212) 317-1200<br>Facsimile: (212) 317-1620 |

cerrington@faillacelaw.com

September 21, 2020

**VIA ECF**
Honorable Lorna G. Schofield.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED in part. The initial pretrial conference scheduled for September 24, 2020, is **adjourned to October 22, 2020, at 10:50 a.m.** The parties' joint conference materials are due at least seven days prior to the conference, or by October 15, 2020.
>
> Dated: September 22, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  Mendoza et al v. Kidz Korner of New Rochelle et al.
     No. 20-cv-5761

Your Honor,

    This firm represents the Plaintiff in the above-referenced matter and writes in response to the Court's order of September 18, 2020 in order to advise the Court that Plaintiff is not in communication with any Defendant.

    I am further writing to advise the Court of newly received information regarding service on Individual Defendant Ivy Rentz. Over the weekend, my office received the attached affidavit of non-service upon Ms. Rentz. As such, Plaintiff cannot file for default as to Ms. Rentz until service is successful and she has failed to appear.

    Plaintiff thus respectfully requests a longer adjournment of the Initial Conference than contemplated in Your Honor's Order of September 18. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff has until October 22, 2020 to serve Defendant Rentz. In order to conserve judicial and party resources, Plaintiff thus requests that the Initial Conference currently scheduled for September 24, 2020 be adjourned for 60 days in order to allow time for Ms. Rentz to be served and either appear to fail to appear. Should Ms. Rentz fail to appear, Plaintiff proposes to file default judgment papers against all three Defendants on or before November 12, 2020.

    We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    /s/Clela Errington
    Clela A. Errington, Esq.
    MICHAEL FAILLACE & ASSOCIATES, P.C.
    Attorneys for the Plaintiffs

*Certified as a minority-owned business in the State of New York*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

1164175 - GP

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>ERICA MENDOZA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED<br>**Defendant / Respondent:**<br>KIDZ KORNER OF NEW ROCHELLE INC., ET AL | **AFFIDAVIT OF NON-SERVICE**<br>Index No:<br>20-CV-05761<br>Date Filed: |

State of New York County of Dutchess ss.:

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That deponent attempted to serve the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, NOTICE OF INTENTION TO ENFORCE SHAREHOLDER LIABILITY FOR SERVICES RENDERED upon IVY RENTZ.

**Comments:**
1) Unsuccessful Attempt: Sep 8, 2020, 3:20 pm EDT at C/O KIDZ KORNER: 555 DAVENPORT AVE, NEW ROCHELLE, NY 10805
BAD ADDRESS: I found the building to be mostly empty, the parking lot was also empty and the entrance and exit to the parking lot were roped off. There was no signage or contact information. I performed an online search for this business address and found this location to be permanently closed.

Sean Mahar-Daniels

Sworn to before me on 9/18/2020

Notary Public

DENIEL A RODRIGUEZ
Notary Public, State of New York
No. 01RO6316495
Qualified in Dutchess County
Commission Expires Dec. 15, 2022

Docket #1164175