# Offit | Kurman
### Attorneys At Law

Trust. Knowledge. Confidence.

October 8, 2020

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The application is GRANTED. The initial pretrial conference scheduled for October 22, 2020, at 10:50 a.m., is **adjourned** to **November 5, 2020, at 10:50 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333. The time of the conference is approximate but the parties shall be ready to proceed by that time. The parties' joint conference materials are due at least seven days prior to the conference, or by **October 29, 2020**. No further extensions will be granted absent extraordinary circumstances, which do not include heavy caseloads.

SO ORDERED

Dated: October 9, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: Erica Mendoza v. Kidz Korner of New Rochelle Inc, et al.
    Case No.: 20 Civ. 5761 (LGS)

Dear Judge Schofield:

We represent all defendants in the above referenced action and write seeking to adjourn the initial pretrial conference currently scheduled for October 22, 2020 to November 5, 2020 or to a date thereafter preferred by the Court.

On October 22, 2020 I am scheduled to take a deposition that will be attended by nine parties and counsel, and that has been scheduled for over a month in another federal case. Rescheduling this deposition before the close of discovery has proven to be incredibly problematic, as we are trying to find simultaneous availability with all nine individuals. Additionally, I am the only attorney in my firm that has been involved in this case, making substitution virtually impossible without significant additional cost to the client.

Furthermore, I just received a voluminous number of documents and communications from my client yesterday. It has become quite clear that it will require a substantial time commitment to read, analyze and communicate with my client to decipher and understand these documents and thereby our defense in this matter. The time that it will take for such review and understanding will undoubtedly be more than a week, impacting my ability to be accurate in the joint letter and in the proposed Civil Case Management and Scheduling Order, currently due one week from today on October 15, 2020.

Accordingly, I respectfully request that initial pretrial conference currently scheduled for October 22, 2020 be adjourned to November 5, 2020 or to a date thereafter preferred by the Court.

This request is on the consent of Plaintiff's counsel Clela A. Errington and is my first request for this specific relief. I must note that prior to me being retained, Ms. Errington sought an adjournment of the initial pretrial conference, and the adjournment was granted [Dkt. Nos.: 20, 22], and I sought a stay in the entire case when I was officially retained, and that request was denied [Dkt. Nos.: 26, 27].

I truly appreciate the Court's consideration of this request.



To:   Clela A. Errington, Esq
      *Counsel for the* Plaintiff
      via ECF